WRIGHT, Appellant, v. KNIGHTS OF THE MACCABEES OF THE WORLD, Respondent.

(Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Dennis L. Wright against the Knights of the Maccabees of the World.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., dissents. SPRING, J., not sitting.